**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**EASTERN DIVISION**

JOSEPH T. DEAN and
REBECCA P. DEAN,

    Plaintiffs,	Case No. 05-60287
	Hon.  John Corbett O'Meara
vs.	Mag. Judge Mona K. Majzoub

PAUL SHAMO,
LOU SHAMO LEASING, INC.
And TAYLOR FORD, INC. a
Delaware Corporation,

    Defendants.
_____/

| | |
|---|---|
| ROBERT F. GARVEY P24897 | MICHAEL D. WEAVER P43985 |
| JAMES McKENNA P41587 | Attorney for Defendant Lou Shamo Leasing |
| Attorney for Plaintiffs | 38505 Woodward, Suite 2000 |
| 24825 Little Mack | Bloomfield Hills, MI 48034 |
| St. Clair Shores, MI  48080 | (248) 901-4025 |
| (586) 779-7810 | |
| | |
| STEVEN B. GALBRAITH P27918 | CHARLES E. GRIFFITHS P28065 |
| HENRY L. GORDON P37613 | Co-Counsel for Defendant Paul Shamo |
| Attorneys for Defendant Paul Shamo | 308 Beverly Island Drive |
| 29777 Telegraph, Suite 1460 | Waterford, MI 48328 |
| Southfield, MI 48034 | (248) 683-8842 |
| (248) 357-3910 | |
| | |
| CHARLES E. RANDAU P19214 | PAUL A. ROSEN P19630 |
| Attorney for Defendant Taylor Ford, Inc. | Co-Counsel for Plaintiffs |
| 258 Northwestern Hwy. | 25505 W 12 Mile Road |
| P.O. Box 222 | Suite 1000 |
| Southfield, MI 48037 | Southfield, MI 48034 |
| (248) 746-2719 | (248) 213-2910 |

_____/

**PLAINTIFFS' INDEX OF EXHIBITS**

    EXHIBIT 1 - Awada v Royal Jordanian Airlines

1

EXHIBIT 2 - Defendant Taylor Ford's Affirmative Defenses.

Respectfully submitted,

**THOMAS, GARVEY, GARVEY & SCIOTTI**

BY:   s/ROBERT F. GARVEY  P-24897
Attorney for Plaintiffs
24825 Little Mack
St. Clair Shores, MI  48080-3218
bobgarvey@ameritech.net
(586) 779-7810

DATED:   May 29, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the following:

Plaintiffs' Motion for Leave to File Second Amended Complaint

and I hereby certify that I mailed by U.S Postal Service the documents to the following non-ECF participants:

Charles E. Griffiths, 308 Beverly Island Drive, Waterford, MI 48328.
Paul A. Rosen, 25505 W. 12 Mile Road, Suite 1000, Southfield, MI 48034

s/Barbara J. Lambert