UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH T. DEAN and REBECCA P. DEAN,

    Plaintiffs,

Case No. 05-60287

v.

Honorable John Corbett O'Meara

PAUL SHAMO; LOU SHAMO LEASING,
INC.; and TAYLOR FORD, INC.,

    Defendants.
    _____/

## ORDER DENYING DEFENDANTS' MOTIONS IN LIMINE

This matter came before the court on defendant Paul Shamo's May 14, 2007 motion *in limine* regarding the use of a booklet; defendant Taylor Ford's May 21, 2007 motion *in limine* regarding damages; and defendant Taylor Ford's May 21, 2007 motion *in limine* regarding medical bills and expenses. Plaintiffs filed a response to the first motion May 17, 2007. No oral argument was heard.

The parties have agreed that the first motion, which involves the use of the booklet entitled "Course on Responsible Boating," is moot. The court will deny the remaining two motions, both of which deal with the issue of damages, because the court itself will be able to sort out the different kinds of damages. Therefore, it is not necessary to exclude evidence dealing with medical bills and expenses as well as testimony regarding future wage loss and/or earning capacity.

## ORDER

Therefore, it is hereby **ORDERED** that defendant Paul Shamo's May 14, 2007 motion *in limine* is **DENIED AS MOOT.**

It is further **ORDERED** that defendant Taylor Ford's May 21, 2007 motions *in limine* regarding damages and medical bills and expenses are **DENIED.**

It is further **ORDERED** that, as ordered by the court at the conclusion of the bench trial, the parties file proposed findings of fact and conclusions of law on or before June 29, 2007.

                                              s/John Corbett O'Meara
                                              United States District Judge

Dated: May 31, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, May 31, 2007, by electronic and/or ordinary mail.

                                              s/William Barkholz
                                              Case Manager